[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
MOTION FOR CONSENT JUDGMENT
The parties, by counsel, consent to final judgment herein as CT Page 8001 set out below in accordance with the opinion of the Connecticut Supreme Court in the appeal herein, Seno v. Commissioner of Correction, 219 Conn. 269 (1991).
LARRY MEACHUM MICHAEL ANTHONY SENO COMMISSIONER OF CORRECTION PETITIONER RESPONDENT
BY _______________________ BY ____________________ AAG L.D. MCCALLUM, ESQ. APD JOHN W. WATSON, ESQ. OFFICE OF THE ATTORNEY GENERAL OFFICE OF THE CHIEF PUBLIC MACKENZIE HALL DEFENDER 110 SHERMAN STREET 121 ELM STREET HARTFORD, CT 06105 NEW HAVEN, CT 06510
HIS ATTORNEY HIS ATTORNEY
ORDER
In accordance with the opinion of the Connecticut Supreme Court, Seno v. Commissioner of Correction, 219 Conn. 269 (1991), the writ herein is granted, judgment is entered for the petitioner, and the respondent is ordered to grant the petitioner an additional thirty days statutory good time against his total effective sentence.
____________ FOR THE COURT ___________________________ DATE JUDGE
CERTIFICATION
Service certified per Practice Book 120.
JOHN W. WATSON, ESQ.